IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Russell Jason Oehlson, | ) | C.A. No. 8:06-1060-TLW-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Larry Powers; Medical Personnel at | ) | |
| Spartanburg Detention Center; and | ) | |
| Spartanburg Detention Center, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff, an inmate at the Spartanburg County Detention Center, seeks relief under Title 42, United States Code, Section 1983. (Doc. # 1). This matter is now before the Court upon Magistrate Judge Bruce Howe Hendricks' recommendation that the defendant's case be dismissed without prejudice. (Doc. #5). No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that

2

the Magistrate Judge's Report is **ACCEPTED** (Doc. #5),  and the plaintiff's case is dismissed without prejudice.

  **IT IS SO ORDERED.**

            s/ Terry L. Wooten
           **TERRY L. WOOTEN**
           **UNITED STATES DISTRICT JUDGE**

July 20, 2006
Florence, South Carolina